*Thursday, May 15, 1997*

## RECONSIDERATION DOCKET

**96–2623.   Rupert v. State Farm Mut. Auto. Ins. Co.**

Wood App. No. WD–95–103.  On May 5, 1997, appellee/cross-appellant, State Farm Mutual Automobile Insurance Company, filed a document titled "Motion to have this matter reviewed by a full court including a replacement for Justice Resnick who has recused herself from consideration of this matter."  Appellee/cross-appellant's motion is, in substance, a motion for reconsideration of this court's decision on a previously filed motion for reconsideration, and as such, is not permitted by S.Ct.Prac.R. XI(2)(C).  Accordingly,

IT IS ORDERED by the court, *sua sponte*, that appellee/cross-appellant's motion be, and hereby is, stricken.

RESNICK, J., not participating.

## MISCELLANEOUS DISMISSALS

**97–460.   State v. Jiwad.**

Summit App. No. 17820.  This cause is pending before the court as a discretionary appeal and a claimed appeal of right.  Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.